THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH D. SUGARMAN, Appellant.

*Crimes — stockbrokers — hypothecation of customer's securities — judgment of conviction affirmed.*

*People* v. *Sugarman*, 216 App. Div. 209, affirmed.

(Argued October 15, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1925, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant, a stockbroker, of the crime of hypothecation of a customer's securities in violation of section 956 of the Penal Law.

*Philip C. Samuels* and *Max Lazarus* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga* and *Charles Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: LEHMAN, J.